Court of Appeals
of the State of Georgia

 ATLANTA, April 03, 2017

The Court of Appeals hereby passes the following order

A17I0175. ST. MARY’S HEALTH CARE SYSTEM, INC. d/b/a ST. MARY’S HOSPITAL
 v. FREDRICK ROACH et al. .

 Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of

this order. The Clerk of Superior Court is directed to include a copy of this order in the record

transmitted to the Court of Appeals.

LC NUMBERS:

SU14CV1333

 Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta, April 03, 2017.

 I certify that the above is a true extract from the minutes
 of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto
 affixed the day and year last above written.

 , Clerk.